ALVA SEYBOLT, Respondent, *v.* THOMAS J. O'BRIEN et al.,
Appellants.

Reported below, 151 App. Div. 948.

(Argued November 18, 1912; decided November 26, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 26, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a land contract.

The motion was made upon the ground that the appeal was from an unanimous decision and was unauthorized.

*Alva Seybolt* for motion.

*John G. Johnson* opposed.

Motion denied, with ten dollars costs.